■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSH M. HICKS, Appellant. [689 NYS2d 921] —Judgment unanimously affirmed. Memorandum: Contrary to defendant's

contentions, the verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495), nor is the sentence unduly harsh or severe. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Unauthorized Use Vehicle, 2nd Degree.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.